Robert T. Szyba
SEYFARTH SHAW LLP
620 Eighth Avenue
New York, New York  10018
(212) 218-5500
Attorneys for Defendants

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| JOHN MOSES,<br><br>   Plaintiff,<br><br> v.<br><br>WAYFAIR LLC., DIRECTOR DAN HUDSON, TALENT MANAGER: MAX UNIMAN, HUMAN RESOURCE MANAGER: SHELLIE WEBER, HUMAN RESOURCE REP.: LINDA, 1st Shift RECEIVING SUPERVISOR: TOM, 2nd Shift RECEIVING SUPERVISOR: LUIS RODIGUEZ, 2nd Shift RECEIVING SUPERVISOR: CHRISTOPHER KEATS, 2nd SHIFT BULK MANAGER: GERROD SMITH, 2nd SHIFT BULK MANAGER: DONALD LOVILL, ALL OTHER JOHN DOES -100,<br><br>   Defendants. | Civil Action No. 3:20-cv-05278-MAS-DEA<br><br>**Return Date:  February 6, 2023** |

## DEFENDANTS' NOTICE OF CROSS-MOTION FOR ATTORNEYS' FEES AND COSTS

**PLEASE TAKE NOTICE** that, upon the accompanying Declaration of Robert T. Szyba, Esq. dated January 23, 2023, together with Exhibits A and B annexed thereto, the accompanying Brief, and upon all of the papers and proceedings herein, Defendants Wayfair LLC, Dan Hudson, Max Uniman, Shellie Weber, Linda Herzstein, Tom Mitchell, Luis Rodriguez, Christopher Keats, Gerrod Smith, and Donald Lovill (collectively, "Defendants"), by and through their counsel,

91358502v.1

Seyfarth Shaw LLP, will move this Court on February 23, 2023, before the Honorable Michael A. Shipp, United States District Judge, at the Clarkson S. Fisher Federal Building & United States Courthouse, 402 East State Street, Trenton, New Jersey 08608, for an order: (i) granting Defendants' cross-motion for attorneys' fees and costs; and (ii) for such other and further relief as the Court may deem just and proper.

**PLEASE TAKE FURTHER NOTICE** that, in accordance with Local Rule 7.1, Plaintiff John Moses' ("Plaintiff") reply papers, if any, are to be filed on or before January 30, 2023. This cross-motion is returnable February 6, 2023.

        Respectfully Submitted,

        SEYFARTH SHAW LLP

        By: */s/ Robert T. Szyba*
            ROBERT T. SZYBA

        *Attorneys for Defendants*
        *Wayfair LLC, et al.*

Dated: January 23, 2023

## CERTIFICATE OF SERVICE

  I, Robert T. Szyba, Esq., hereby certify that on January 23, 2023, I electronically filed the foregoing NOTICE OF MOTION; SZYBA CERTIFICATION WITH EXHIBITS A THROUGH B; MEMORANDUM OF LAW IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFF'S MOTION TO PERMIT MORE DISCOVERY AND DEFENDANTS' CROSS-MOTION FOR ATTORNEYS' FEES; AND PROPOSED ORDER, via the Court's CM/ECF system, and served true and correct copies of the foregoing documents by FedEx priority overnight mail, postage prepaid, upon Plaintiff at the following address of record:

    John Moses
    844 Carteret Avenue
    Trenton, NJ 08618

            */s/ Robert T. Szyba*
            Robert T. Szyba

Dated: January 23, 2023