Robert T. Szyba
SEYFARTH SHAW LLP
620 Eighth Avenue
New York, New York 10018
(212) 218-5500

*Attorneys for Defendants*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| JOHN MOSES,<br><br>   Plaintiff,<br><br>  v.<br><br>WAYFAIR LLC., DIRECTOR DAN HUDSON, TALENT MANAGER: MAX UNIMAN, HUMAN RESOURCE MANAGER: SHELLIE WEBER, HUMAN RESOURCE REP.: LINDA, 1st Shift RECEIVING SUPERVISOR: TOM, 2nd Shift RECEIVING SUPERVISOR: LUIS RODIGUEZ, 2nd Shift RECEIVING SUPERVISOR: CHRISTOPHER KEATS, 2nd SHIFT BULK MANAGER: GERROD SMITH, 2nd SHIFT BULK MANAGER: DONALD LOVILL, ALL OTHER JOHN DOES -100,<br><br>   Defendants. | Civil Action No. 3:20-cv-05278-MAS-DEA<br><br>**[PROPOSED] ORDER** |

This matter having come before the Court by cross-motion of Seyfarth Shaw LLP, attorneys for Defendants Wayfair LLC, Dan Hudson, Max Uniman, Shellie Weber, Linda Herzstein, Tom Mitchell, Luis Rodriguez, Christopher Keats, Gerrod Smith, and Donald Lovill (collectively, "Defendants"), seeking an Order awarding to Defendants attorneys' fees and costs incurred in defending Plaintiff's discovery motions filed on November 28, 2022 and January 4, 2023, and such other and further relief as the Court may deem just and proper.

91449441v.1

2

IT IS HEREBY ORDERED that Defendants' cross-motion is granted in its entirety, and that Defendants shall have 21 days from the date of this Order to submit a schedule of fees and costs.

SO ORDERED this ___ day of ___, 2023.

_____
Hon. Michael A. Shipp, U.S.D.J.