Robert T. Szyba
SEYFARTH SHAW LLP
620 Eighth Avenue, 32nd Floor
New York, New York  10018
(212) 218-5500
*Attorneys for Defendants Wayfair LLC,*
*Dan Hudson, Max Uniman, Shellie Weber,*
*Linder Herzstein, Tom Mitchell,*
*Luis Rodriguez, Gerrod Smith, & Donald Lovill*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| JOHN MOSES,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>WAYFAIR LLC., DIRECTOR DAN HUDSON, TALENT MANAGER: MAX UNIMAN, HUMAN RESOURCE MANAGER: SHELLIE WEBER, HUMAN RESOURCE REP.: LINDA, 1st Shift RECEIVING SUPERVISOR: TOM, 2nd Shift RECEIVING SUPERVISOR: LUIS RODIGUEZ, 2nd Shift RECEIVING SUPERVISOR: CHRISTOPHER KEATS, 2nd SHIFT BULK MANAGER: GERROD SMITH, 2nd SHIFT BULK MANAGER: DONALD LOVILL, ALL OTHER JOHN DOES - 100,<br><br>　　　　Defendants. | Case No. 3:20-cv-05278-RK-DEA<br><br>Hon. Robert Kirsch, U.S.D.J.<br><br>Hon. Douglas E. Arpert, U.S.M.J.<br><br>**ORAL ARGUMENT**<br>**REQUESTED**<br><br>**MOTION RETURN DATE:**<br>**APRIL 1, 2024** |

## **DEFENDANTS' NOTICE OF MOTION FOR SUMMARY JUDGMENT** [1]

**PLEASE TAKE NOTICE** that, upon the accompanying Declaration of Robert T. Szyba, together with Exhibits 1 through 6 annexed thereto; Declaration of Shellie Weber, together with Exhibits 1 through 16 annexed thereto; Declaration of Dan Hudson; Defendants' Memorandum of Law in Support of its Motion for Summary Judgment; Defendants' Local Civil Rule 56.1(a) Statement of Undisputed Material Facts; and upon all of the papers and proceedings herein, Defendants Wayfair LLC, Dan Hudson, Max Uniman, Shellie Weber, Linda Herzstein, Tom Mitchell, Luis Rodriguez, Gerrod Smith, and Donald Lovill ("Defendants"), by and through its undersigned counsel, Seyfarth Shaw LLP, will move this Court before the Honorable Robert Kirsch, U.S.D.J., at the Clarkson S. Fisher Building & U.S. Courthouse, 402 East State Street, Trenton, New Jersey  08608, for an Order: (i) granting Defendants' motion for summary judgment on Plaintiff's First Amended Complaint in its entirety pursuant to Rule 56 of the Federal Rules of Civil Procedure and with prejudice; and (ii) for such other and further relief as the Court may deem just and proper.

---

[1] This Motion is brought on behalf of all named defendants <u>except</u> Christopher Keats, who is not represented by Seyfarth Shaw LLP.  Unless otherwise indicated, the term "Defendants" as used herein refers to Wayfair LLC and all individually named defendants <u>except</u> Christopher Keats.

**PLEASE TAKE FURTHER NOTICE** that Defendants respectfully request oral argument on this motion at a time and date convenient to the Court.

| | |
|---|---|
| Dated:  March 1, 2024 | Respectfully submitted, |
| | SEYFARTH SHAW, LLP |
| | By: <u>*/s/ Robert T. Szyba*</u><br>      Robert T. Szyba<br>      rszyba@seyfarth.com<br>      620 Eighth Avenue, 32nd Floor<br>      New York, New York 10018<br>      Telephone: (212) 218-5500<br>      Facsimile: (212) 218-5526 |
| | *Counsel for Defendants* |

## CERTIFICATE OF SERVICE

I hereby certify that on March 1, 2024, I electronically filed the foregoing NOTICE OF MOTION FOR SUMMARY JUDGMENT; DECLARATION OF ROBERT T. SZYBA, WITH EXHIBITS 1 THROUGH 6 ANNEXED THERETO; DECLARATION OF SHELLIE WEBER, TOGETHER WITH EXHIBITS 1 THROUGH 16 ANNEXED THERETO; DECLARATION OF DAN HUDSON; DEFENDANTS' MEMORANDUM OF LAW IN SUPPORT; DEFENDANTS' LOCAL CIVIL RULE 56.1(A) STATEMENT OF UNDISPUTED MATERIAL FACTS; AND PROPOSED ORDER, with the Clerk of the District Court using the CM/ECF system, and served a true and correct copy of said filing via FedEx and email to Plaintiff, John Moses, at:

John Moses
844 Carteret Avenue
Trenton, New Jersey  08618
johnm22267@gmail.com

/s/ Robert T. Szyba
Robert T. Szyba

Dated: March 1, 2024

309106912v.1