**Seyfarth**

**Seyfarth Shaw LLP**

620 Eighth Avenue
New York, New York 10018
**T** (212) 218-5500
**F** (212) 218-5526

rszyba@seyfarth.com
T (212) 218-3351

www.seyfarth.com

September 27, 2024

**VIA ECF**

Hon. Justin T. Quinn, U.S.M.J.
U.S. District Court for the District of New Jersey
Clarkson S. Fisher Building & U.S. Courthouse
402 East State Street
Trenton, New Jersey 08608

**Re:   Moses v. Wayfair LLC, et al.
       Case No. 3:20-cv-05278-RK-JTQ (D.N.J.)**

Dear Judge Quinn:

As the Court is aware, this firm represents Wayfair LLC ("Wayfair") and eight of the individually named Defendants[1] (collectively, "Defendants") in the above-referenced matter.

Presently, the parties in this case are scheduled to appear before Your Honor for a telephone conference on October 1, 2024 at 2:30 p.m. Unfortunately, the undersigned is not available due to a previously-scheduled in-person appearance before Judge Bartle (sitting in D.N.J. by special assignment) in Case Nos. 1:24-cv-4037, 1:24-cv-4041, and 1:24-cv-4045 that is scheduled to start at 1:30 and will likely run past 2:30. Accordingly, we respectfully request that our telephone conference be rescheduled to 10:00 a.m. on October 1, 2024.

Prior to making this request, we obtained the consent of Plaintiff, appearing *pro se*, for this schedule change.

We thank the Court for its attention to this matter.

---

[1]   Seyfarth Shaw LLP does not represent individual Defendant Christopher Keats.

313952662v.1



Hon. Justin T. Quinn, U.S.M.J.
September 27, 2024
Page 2

Respectfully,

SEYFARTH SHAW LLP

*/s/ Robert T. Szyba*

Robert T. Szyba

cc:   John Moses (via ECF & Email)

313952662v.1