

**Seyfarth Shaw LLP**

620 Eighth Avenue

New York, New York  10018

**T** (212) 218-5500

**F** (212) 218-5526

epierre@seyfarth.com

T (212) 218-5611

www.seyfarth.com

June 23, 2026

**VIA ECF**

Hon. Robert Kirsch, U.S.D.J.
U.S. District Court for the District of New Jersey
Clarkson S. Fisher Building & U.S. Courthouse
402 East State Street
Trenton, New Jersey 08608

> **Re:**   ***Moses v. Wayfair LLC, et al.***
> **Case No. 3:20-cv-05278-RK-JTQ (D.N.J.)**

Dear Judge Kirsch:

This firm represents Wayfair LLC ("Wayfair") and eight of the individually named defendants (collectively, "Defendants") in the above-captioned action. With the consent of Plaintiff John Moses, Defendants respectfully request a 14-day extension of the deadline to file their motion for summary judgment (ECF No. 151), from June 25, 2026, to July 9, 2026. Defendants further request that the corresponding deadlines for Plaintiff's opposition and Defendants' reply be extended to July 16, 2026, and July 23, 2026, respectively.

Good cause exists for the requested extension. Amanda Williams, co-counsel for Defendants, is currently on maternity leave, and the undersigned counsel is out of office addressing unforeseen storm-related damage to his and another family residence. As such, Defendants' counsel requires additional time to complete their submission.

This is Defendants' first request to extend any summary judgment briefing deadline set by the Court on June 4, 2026. This adjournment will not impact any other deadlines not otherwise stated herein.

We thank the Court for its attention to this matter.

Respectfully,

SEYFARTH SHAW LLP

*/s/ Ephraim J. Pierre*

Ephraim J. Pierre

cc:   John Moses (via ECF & email)
Christopher Keats (via email)

326726558v.2