**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| JOHN MOSES,<br><br>   Plaintiff,<br><br>  v.<br><br>WAYFAIR LLC., DIRECTOR DAN HUDSON, TALENT MANAGER: MAX UNIMAN, HUMAN RESOURCE MANAGER: SHELLIE WEBER, HUMAN RESOURCE REP.: LINDA, 1st Shift RECEIVING SUPERVISOR: TOM, 2nd Shift RECEIVING SUPERVISOR: LUIS RODIGUEZ, 2nd Shift RECEIVING SUPERVISOR: CHRISTOPHER KEATS, 2nd SHIFT BULK MANAGER: GERROD SMITH, 2nd SHIFT BULK MANAGER: DONALD LOVILL, ALL OTHER JOHN DOES - 100,<br><br>   Defendants. | Case No. 3:20-cv-05278-RK-JTQ<br><br>Hon. Robert Kirsch, U.S.D.J.<br><br>Hon. Justin T. Quinn, U.S.M.J.<br><br>**ORAL ARGUMENT REQUESTED**<br><br>**MOTION RETURN DATE: AUGUST 3, 2026** |

**DEFENDANTS' RENEWED MOTION FOR SUMMARY JUDGMENT**[1]

  **PLEASE TAKE NOTICE** that, upon the accompanying Declaration of

Ephraim J. Pierre, Esq. together with Exhibit A annexed thereto; Defendants'

---

[1]  This Motion is brought on behalf of all named defendants <u>except</u> Christopher Keats, who is not represented by Seyfarth Shaw LLP.  Unless otherwise indicated, the term "Defendants" as used herein refers to Wayfair LLC and all individually named defendants <u>except</u> Christopher Keats.

Memorandum of Law in Support of its Renewed Motion for Summary Judgment; Defendants' Local Civil Rule 56.1(a) Supplemental Statement of Undisputed Material Facts; Defendants' prior papers in support of Summary Judgment (ECF Nos. 91 through 91-5, and 103) and upon all of the papers, opinion and orders, proceedings herein, Defendants Wayfair LLC, Dan Hudson, Max Uniman, Shellie Weber, Linda Herzstein, Tom Mitchell, Luis Rodriguez, Gerrod Smith, and Donald Lovill ("Defendants"), by and through its undersigned counsel, Seyfarth Shaw LLP, will move this Court before the Honorable Robert Kirsch, U.S.D.J., at the Clarkson S. Fisher Building & U.S. Courthouse, 402 East State Street, Trenton, New Jersey 08608, for an Order: (i) granting Defendants' renewed motion for summary judgment on Plaintiff's remaining race discrimination claims as to his termination under his First Amended Complaint in its entirety pursuant to Rule 56 of the Federal Rules of Civil Procedure and with prejudice; and (ii) for such other and further relief as the Court may deem just and proper.

**PLEASE TAKE FURTHER NOTICE** that Defendants respectfully request oral argument on this motion at a time and date convenient to the Court.

**Dated**:    New York, New York      Respectfully submitted,
July 9, 2026

**SEYFARTH SHAW LLP**

By:    */s/ Ephraim J. Pierre*
Ephraim J. Pierre

620 Eighth Avenue
New York, New York 10018
(212) 218-5500
epierre@seyfarth.com

*Counsel for Defendants Wayfair LLC, Dan Hudson, Max Uniman, Shellie Weber, Linda Herzstein, Tom Mitchell, Luis Rodriguez, Gerrod Smith, and Donald Lovill*

3